Elsie B. Spaulding, Appellant, *v.* John P. Christakos et al., Individually and as Copartners under the Name of French Pastry Shop, Respondents.

Argued March 1, 1946; reargument ordered April 18, 1946.

*William A. Mulvey* and *Allen J. Weisman* for appellant. *John R. Schwartz* and *M. Glenn Folger* for respondents.

Reargument ordered.